**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000842**
**19-FEB-2025**
**08:07 AM**
**Dkt. 19 OAWST**

NO. CAAP-24-0000842


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


ASSOCIATION OF UNIT OWNERS OF 1108 AUAHI, Plaintiff-Appellee, v.
WARD MANAGEMENT DEVELOPMENT COMPANY, LLC;
ANAHA MANAGEMENT DEVELOPMENT COMPANY, LLC; 1108 AUAHI, LLC;
SOLOMON, CORDWELL, BUENZ & ASSOCIATES, INC.; BWA DESIGN LLC, dba
BENJAMIN WOO ARCHITECTS; MAGNUSSON KLEMENCIC ASSOCIATES, INC.;
WSP USA BUILDINGS, INC., aka WSP FLACK + KURTZ;
NOTKIN HAWAII, INC.; WILSON OKAMOTO CORPORATION;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.; PACIFIC AQUASCAPES, INC.;
ALBERT C. KOBAYASHI, INC.; GROUP BUILDERS, INC.;
ARCHITECTURAL GLASS & ALUMINUM, INC.; COMMERCIAL PLUMBING, INC.;
ALAKAʻI MECHANICAL CORPORATION; A-AMERICAN CUSTOM FLOORING, INC.;
BEACHSIDE ROOFING, LLC; CO-HA BUILDERS, INC., dba
APPLIED SURFACING TECHNOLOGY; BRUCE MATSON COMPANY, INC.;
WE PAINTING, INC.; SEAH STEEL USA, LLC; SURFACEDESIGN, INC.,
Defendants-Appellees, and UPONOR INC.;
UPONOR NORTH AMERICA, INC., Defendants-Appellants, and
SCHINDLER ELEVATOR CORPORATION;, Defendant-Appellee, and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; and
DOE GOVERNMENTAL UNITS 1-10, Defendants


ALAKAʻI MECHANICAL CORPORATION,
Defendant/Third-Party Plaintiff-Appellee, v. TRANE U.S., INC.
(incorrectly identified as TRANE CO.); EVAPCO, INC.;
PURAL WATER SPECIALTY CO., INC.; FERGUSON ENTERPRISES, LLC
(incorrectly identified as FERGUSON PLC, dba FERGUSON
ENTERPRISES, INC., dba FERGUSON'S PLUMBING SUPPLY);
NALCO COMPANY, LLC, dba NALCO WATER, AN ECOLAB COMPANY,
Third-Party Defendants-Appellees, and JOHN DOES 1-10;
JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and
DOE ENTITIES 1-10, Third-Party Defendants


SOLOMON, CORDWELL, BUENZ & ASSOCIATES, INC.,
Defendant/Third-Party Plaintiff-Appellee, v.
DESIGN 2B ACCESSIBLE, LLC; CENSEO AV + ACOUSTICS, LLC;
PACIFIC AQUATECH, INC., Third-Party Defendants-Appellees, and

JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; and DOE ENTITIES 1-10,
Third-Party Defendants


PACIFIC AQUATECH, INC.,
Third-Party Defendant/Third-Party Crossclaimant-Appellee, v.
SOLOMON, CORDWELL, BUENZ & ASSOCIATES, INC.,
Defendant/Third-Party Crossclaim Defendant-Appellee


WSP USA BUILDINGS, INC., aka WSP FLACK + KURTZ,
Third-Party Plaintiff-Appellee, v. WASA ELECTRIC SERVICES, INC.,
Third-Party Defendant, and DOES 1-10, Third-Party Defendants


TRANE U.S., INC. (incorrectly identified as TRANE CO.),
Third-Party Defendant/Third-Party Crossclaimant-Appellee, v.
EVAPCO, INC.; NALCO COMPANY, LLC, dba NALCO WATER,
AN ECOLAB COMPANY, Third-Party Crossclaim Defendants-Appellees,
and DOE DEFENDANTS 1-10, Third-Party Crossclaim Defendants


COMMERCIAL PLUMBING, INC., Defendant/Crossclaimant-Appellee, v.
SOLOMON, CORDWELL, BUENZ & ASSOCIATES, INC.; BWA DESIGN LLC, dba
BENJAMIN WOO ARCHITECTS; MAGNUSSON KLEMENCIC ASSOCIATES, INC.;
WSP USA BUILDINGS, INC., aka WSP FLACK + KURTZ;
NOTKIN HAWAII, INC.; WILSON OKAMOTO CORPORATION;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.,
Defendant/Crossclaim Defendants-Appellees, and
UPONOR INC.; UPONOR NORTH AMERICA, INC.,
Defendants/Crossclaim Defendants-Appellants, and
FERGUSON ENTERPRISES, LLC (incorrectly identified as FERGUSON
PLC, dba FERGUSON ENTERPRISES, INC., dba FERGUSON'S PLUMBING
SUPPLY), Third-Party Defendant/Crossclaim Defendant-Appellee


BRUCE MATSON COMPANY, INC., Defendant/Crossclaimant-Appellee, v.
SOLOMON, CORDWELL, BUENZ & ASSOCIATES, INC.; BWA DESIGN, LLC, dba
BENJAMIN WOO ARCHITECTS; MAGNUSSON KLEMENCIC ASSOCIATES, INC.;
WSP USA BUILDINGS, INC., aka WSP FLACK + KURTZ;
NOTKIN HAWAII, INC.; WILSON OKAMOTO CORPORATION;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.,
Defendants/Crossclaim Defendants-Appellees


BEACHSIDE ROOFING, LLC, Defendant/Crossclaimant-Appellee, v.
SOLOMON, CORDWELL, BUENZ & ASSOCIATES, INC.; BWA DESIGN LLC, dba
BENJAMIN WOO ARCHITECTS; MAGNUSSON KLEMENCIC ASSOCIATES, INC.;
WSP USA BUILDINGS, INC., aka WSP FLACK + KURTZ;
NOTKIN HAWAII, INC.; WILSON OKAMOTO CORPORATION;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.,
Defendants/Crossclaim Defendants-Appellees

CO-HA BUILDERS, INC., dba APPLIED SURFACING TECHNOLOGY,
Defendant/Crossclaimant-Appellee, v.
SOLOMON, CORDWELL, BUENZ & ASSOCIATES, INC.; BWA DESIGN LLC, dba
BENJAMIN WOO ARCHITECTS; MAGNUSSON KLEMENCIC ASSOCIATES, INC.;
WSP USA BUILDINGS, INC., aka WSP FLACK + KURTZ;
NOTKIN HAWAII, INC.; WILSON OKAMOTO CORPORATION;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.,
Defendants/Crossclaim Defendants-Appellees


MAGNUSSON KLEMENCIC ASSOCIATES, INC.,
Defendant/Crossclaimant-Appellee, v.
WARD MANAGEMENT DEVELOPMENT COMPANY, LLC;
ANAHA MANAGEMENT DEVELOPMENT COMPANY, LLC; 1108 AUAHI, LLC;
SOLOMON, CORDWELL, BUENZ & ASSOCIATES, INC.; BWA DESIGN LLC, dba
BENJAMIN WOO ARCHITECTS; WILSON OKAMOTO CORPORATION;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.; WSP USA BUILDINGS, INC.,
aka WSP FLACK + KURTZ; ALBERT C. KOBAYASHI, INC.;
GROUP BUILDERS, INC.; ARCHITECTURAL GLASS & ALUMINUM, INC.;
COMMERCIAL PLUMBING, INC.; ALAKAʻI MECHANICAL CORPORATION;
A-AMERICAN CUSTOM FLOORING, INC.; BEACHSIDE ROOFING, LLC;
CO-HA BUILDERS, INC., dba APPLIED SURFACING TECHNOLOGY;
BRUCE MATSON COMPANY, INC.; WE PAINTING, INC.;
SCHINDLER ELEVATOR CORPORATION,
Defendants/Crossclaim Defendants-Appellees, and
UPONOR, INC.; UPONOR NORTH AMERICA, INC.,
Defendants/Crossclaim Defendants-Appellants, and
HAWAIIAN WATER AND CHLORINATION, INC.,
Defendant/Crossclaim Defendant-Appellee, and
FERGUSON ENTERPRISES, LLC (incorrectly identified as
FERGUSON PLC, dba FERGUSON ENTERPRISES, INC.,
dba FERGUSON'S PLUMBING SUPPLY); TRANE U.S., INC. (incorrectly
identified as TRANE CO.); PURAL WATER SPECIALTY CO., INC.;
VALVE SERVICE & SUPPLY, INC.; CENSEO AV+ACOUSTICS, LLC;
EVAPCO, INC.; NALCO COMPANY, LLC, dba NALCO WATER,
AN ECOLAB COMPANY; DESIGN 2B ACCESSIBLE, LLC;
PACIFIC AQUATECH, INC.,
Third-Party Defendants/Crossclaim Defendants-Appellees


SURFACEDESIGN, INC., Defendant/Crossclaimant-Appellee, v.
WARD MANAGEMENT DEVELOPMENT COMPANY, LLC; 1108 AUAHI, LLC;
SOLOMON, CORDWELL, BUENZ & ASSOCIATES, INC.; BWA DESIGN LLC, dba
BENJAMIN WOO ARCHITECTS; WILSON OKAMOTO CORPORATION;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.; WSP USA BUILDINGS, INC.,
aka WSP FLACK + KURTZ; ALBERT C. KOBAYASHI, INC.;
GROUP BUILDERS, INC.; ARCHITECTURAL GLASS & ALUMINUM, INC.;
COMMERCIAL PLUMBING, INC.; ALAKAʻI MECHANICAL CORPORATION;
A-AMERICAN CUSTOM FLOORING, INC.; BEACHSIDE ROOFING, LLC;
CO-HA BUILDERS, INC., dba APPLIED SURFACING TECHNOLOGY;
BRUCE MATSON COMPANY, INC.; WE PAINTING, INC.;
SCHINDLER ELEVATOR CORPORATION,
Defendants/Crossclaim Defendants-Appellees, and
UPONOR INC.; UPONOR NORTH AMERICA, INC.,
Defendants/Crossclaim Defendants-Appellants, and

HAWAIIAN WATER AND CHLORINATION, INC.,
Defendant/Crossclaim Defendant-Appellee, and
FERGUSON ENTERPRISES, LLC (incorrectly identified as FERGUSON
PLC, dba FERGUSON ENTERPRISES, INC., dba FERGUSON'S PLUMBING
SUPPLY); TRANE U.S., INC. (incorrectly identified as TRANE CO.);
PURAL WATER SPECIALTY CO., INC.; VALVE SERVICE & SUPPLY, INC.;
CENSEO AV + ACOUSTICS, LLC; EVAPCO, INC.; NALCO COMPANY, LLC, dba
NALCO WATER, AN ECOLAB COMPANY; DESIGN 2B ACCESSIBLE, LLC;
PACIFIC AQUATECH, INC., Crossclaim Defendants/
Third-Party Defendants-Appellees


WARD MANAGEMENT DEVELOPMENT COMPANY, LLC; 1108 AUAHI, LLC,
Defendants/Crossclaimants-Appellees, v.
SOLOMON, CORDWELL, BUENZ & ASSOCIATES, INC.;
BWA DESIGN LLC, dba BENJAMIN WOO ARCHITECTS;
MAGNUSSON KELEMENCIC ASSOCIATES, INC.;
WILSON OKAMOTO CORPORATION;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.;
ALBERT C. KOBAYASHI, INC.; GROUP BUILDERS, INC.;
ARCHITECTURAL GLASS & ALUMINUM, INC.; COMMERCIAL PLUMBING, INC.;
ALAKAʻI MECHANICAL CORPORATION; A-AMERICAN CUSTOM FLOORING, INC.;
BEACHSIDE ROOFING, LLC; CO-HA BUILDERS, INC., dba
APPLIED SURFACING TECHNOLOGY; BRUCE MATSON COMPANY, INC.;
WE PAINTING, INC.; SURFACEDESIGN, INC.;
SCHINDLER ELEVATOR CORPORATION,
Defendants/Crossclaim Defendants-Appellees, and
UPONOR INC.; UPONOR NORTH AMERICA, INC.,
Defendants/Crossclaim Defendants-Appellants, and
HAWAIIAN WATER AND CHLORINATION, INC.,
Defendant/Crossclaim Defendant-Appellee, and
FERGUSON ENTERPRISES, LLC (incorrectly identified as FERGUSON
PLC, dba FERGUSON ENTERPRISES, INC., dba FERGUSON'S PLUMBING
SUPPLY); TRANE U.S., INC. (incorrectly identified as TRANE CO.);
PURAL WATER SPECIALTY CO., INC.; VALVE SERVICE & SUPPLY, INC.;
CENSEO AV + ACOUSTICS, LLC; EVAPCO, INC.; NALCO COMPANY, LLC, dba
NALCO WATER, AN ECOLAB COMPANY; DESIGN 2B ACCESSIBLE, LLC;
PACIFIC AQUATECH, INC., Crossclaim Defendants/Third-Party
Defendants-Appellees, and JOHN DOES 1-10; JANE DOES 1-10;
DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10, and
DOE ENTITIES 1-10, Crossclaim Defendants/Third-Party Defendants


A-AMERICAN CUSTOM FLOORING, INC.,
Defendant/Crossclaimant-Appellee, v.
SOLOMON, CORDWELL, BUENZ & ASSOCIATES, INC.; BWA DESIGN, LLC, dba
BENJAMIN WOO ARCHITECTS; MAGNUSSON KLEMENCIC ASSOCIATES, INC.;
WSP USA BUILDINGS, INC., aka WSP FLACK + KURTZ;
NOTKIN HAWAII, INC.; WILSON OKAMOTO CORPORATION;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.,
Defendants/Crossclaim Defendants-Appellees

4

ARCHITECTURAL GLASS & ALUMINUM CO., INC.,
Defendant/Crossclaimant-Appellee, v.
SOLOMON, CORDWELL, BUENZ & ASSOCIATES, INC.; BWA DESIGN, LLC, dba
BENJAMIN WOO ARCHITECTS; MAGNUSSON KLEMENCIC ASSOCIATES, INC.;
WSP USA BUILDINGS, INC., aka WSP FLACK + KURTZ;
NOTKIN HAWAII, INC.; WILSON OKAMOTO CORPORATION;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.,
Defendants/Crossclaim Defendants-Appellees


GROUP BUILDERS, INC., Defendant/Crossclaimant-Appellee, v.
CORDWELL, BUENZ & ASSOCIATES, INC.; BWA DESIGN, LLC, dba
BENJAMIN WOO ARCHITECTS; MAGNUSSON KLEMENCIC ASSOCIATES, INC.;
WSP USA BUILDINGS, INC., aka WSP FLACK + KURTZ;
NOTKIN HAWAII, INC.; WILSON OKAMOTO CORPORATION;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.,
Defendants/Crossclaim Defendants-Appellees


SCHINDLER ELEVATOR CORPORATION,
Defendant/Crossclaimant-Appellee, v.
SOLOMON, CORDWELL, BUENZ & ASSOCIATES, INC.; BWA DESIGN, LLC, dba
BENJAMIN WOO ARCHITECTS; MAGNUSSON KLEMENCIC ASSOCIATES, INC.;
WSP USA BUILDINGS, INC., aka WSP FLACK + KURTZ;
NOTKIN HAWAII, INC.; WILSON OKAMOTO CORPORATION;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.,
Defendants/Crossclaim Defendants-Appellees


ALBERT C. KOBAYASHI, INC.,
Defendant/Counterclaimant/Crossclaimant-Appellee, v.
ASSOCIATION OF UNIT OWNERS OF 1108 AUAHI,
Plaintiff/Counterclaim Defendant-Appellee, and
A-AMERICAN CUSTOM FLOORING, INC.;
ARCHITECTURAL GLASS & ALUMINUM, INC.;
ALAKAʻI MECHANICAL CORPORATION; CO-HA BUILDERS, INC., dba
APPLIED SURFACING TECHNOLOGY; BRUCE MATSON COMPANY, INC.;
COMMERCIAL PLUMBING, INC.; GROUP BUILDERS, INC.;
SCHINDLER ELEVATOR CORPORATION; NALCO COMPANY, LLC, dba
NALCO WATER, AN ECOLAB COMPANY,
Defendants/Crossclaim Defendants-Appellees


FERGUSON ENTERPRISES, LLC (incorrectly identified as FERGUSON
PLC, dba FERGUSONS ENTERPRISES, INC., dba FERGUSON'S PLUMBING
SUPPLY), Defendant/Crossclaimant-Appellee, v.
SOLOMON, CORDWELL, BUENZ & ASSOCIATES, INC.;
BWA DESIGN LLC, dba BENJAMIN WOO ARCHITECTS;
MAGNUSSON KELEMENCIC ASSOCIATES, INC.;
WILSON OKAMOTO CORPORATION;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.;
ALBERT C. KOBAYASHI, INC.; GROUP BUILDERS, INC.;
ARCHITECTURAL GLASS & ALUMINUM, INC.; COMMERCIAL PLUMBING, INC.;
ALAKAʻI MECHANICAL CORPORATION; A-AMERICAN CUSTOM FLOORING, INC.;
BEACHSIDE ROOFING, LLC; CO-HA BUILDERS, INC., dba

APPLIED SURFACING TECHNOLOGY; BRUCE MATSON COMPANY, INC.;
WE PAINTING, INC.; SURFACEDESIGN, INC.;
SCHINDLER ELEVATOR CORPORATION,
Crossclaim Defendants-Appellees, and
UPONOR INC.; UPONOR NORTH AMERICA, INC.,
Crossclaim Defendants-Appellants, and
HAWAIIAN WATER AND CHLORINATION, INC.,
Crossclaim Defendant-Appellee, and TRANE U.S., INC. (incorrectly
identified as TRANE CO.); PURAL WATER SPECIALTY CO., INC.;
VALVE SERVICE & SUPPLY, INC.; CENSEO AV + ACOUSTICS, LLC;
EVAPCO, INC.; NALCO COMPANY, LLC, dba NALCO WATER,
AN ECOLAB COMPANY; DESIGN 2B ACCESSIBLE, LLC;
PACIFIC AQUATECH, INC.,
Crossclaim Defendants/Third-Party Defendants-Appellees, and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,
Crossclaim Defendants/Third-Party Defendants


ALAKAʻI MECHANICAL CORPORATION,
Defendant/Crossclaimant-Appellee, v.
CORDWELL, BUENZ & ASSOCIATES, INC.; BWA DESIGN, LLC, dba
BENJAMIN WOO ARCHITECTS; MAGNUSSON KLEMENCIC ASSOCIATES, INC.;
WSP USA BUILDINGS, INC., aka WSP FLACK + KURTZ;
NOTKIN HAWAII, INC.; WILSON OKAMOTO CORPORATION;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.,
Defendants/Crossclaim Defendants-Appellees, and
UPONOR, INC.; UPONOR NORTH AMERICA, INC.,
Defendants/Crossclaim Defendants-Appellants, and
FERGUSON ENTERPRISES, LLC (incorrectly identified as FERGUSON
PLC, dba FERGUSON ENTERPRISES, INC., dba FERGUSON'S PLUMBING
SUPPLY), Defendant/Crossclaim Defendant-Appellee


ALAKAʻI MECHANICAL CORPORATION,
Defendant/Crossclaimant-Appellee, v.
WARD MANAGEMENT DEVELOPMENT COMPANY, LLC; ANAHA MANAGEMENT
DEVELOPMENT COMPANY, LLC; 1108 AUAHI, LLC; SOLOMON, CORDWELL,
BUENZ & ASSOCIATES, INC.; BWA DESIGN, LLC, dba
BENJAMIN WOO ARCHITECTS; MAGNUSSON KLEMENCIC ASSOCIATES, INC.;
WSP USA BUILDINGS, INC., aka WSP FLACK + KURTZ;
NOTKIN HAWAII, INC.; WILSON OKAMOTO CORPORATION;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.;
ALBERT C. KOBAYASHI, INC.,
Defendants/Crossclaim Defendants-Appellees


PURAL WATER SPECIALTY CO., INC.,
Third-Party Defendant/Counterclaimant-Appellee, v.
ALAKAʻI MECHANICAL CORPORATION, Third-Party
Plaintiff/Counterclaim Defendant-Appellee

6

SOLOMON, CORDWELL, BUENZ & ASSOCIATES, INC.,
Defendant/Crossclaimant-Appellee, v.
WARD MANAGEMENT DEVELOPMENT COMPANY, LLC;
ANAHA MANAGEMENT DEVELOPMENT COMPANY, LLC; 1108 AUAHI, LLC;
BWA DESIGN, LLC, dba BENJAMIN WOO ARCHITECTS;
MAGNUSSON KLEMENCIC ASSOCIATES, INC.; WSP USA BUILDINGS, INC.,
aka WSP FLACK + KURTZ; NOTKIN HAWAII, INC.;
WILSON OKAMOTO CORPORATION;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.; PACIFIC AQUASCAPES, INC.;
ALBERT C. KOBAYASHI, INC.; GROUP BUILDERS, INC.;
ARCHITECTURAL GLASS & ALUMINUM, INC.; COMMERCIAL PLUMBING, INC.;
ALAKAʻI MECHANICAL CORPORATION; A-AMERICAN CUSTOM FLOORING, INC.;
BEACHSIDE ROOFING, LLC; CO-HA BUILDERS, INC., dba
APPLIED SURFACING TECHNOLOGY; BRUCE MATSON COMPANY, INC.;
WE PAINTING, INC.; SEAH STEEL USA, LLC; SURFACEDESIGN, INC.,
Defendants/Crossclaim Defendants-Appellees, and
UPONOR, INC.; UPONOR NORTH AMERICA, INC.,
Defendants/Crossclaim Defendants-Appellants, and
SCHINDLER ELEVATOR CORPORATION;
HAWAIIAN WATER AND CHLORINATION, INC.,
Defendants/Crossclaim Defendants-Appellees, and TRANE U.S., INC.
(incorrectly identified as TRANE CO.); EVAPCO, INC.;
PURAL WATER SPECIALTY CO., INC.; FERGUSON ENTERPRISES, LLC
(incorrectly identified as FERGUSON PLC, dba FERGUSON
ENTERPRISES, INC., dba FERGUSON'S PLUMBING SUPPLY);
VALVE SERVICE & SUPPLY, INC.; NALCO COMPANY, LLC, dba
NALCO WATER, AN ECOLAB COMPANY,
Third-Party Defendants/Crossclaim Defendants-Appellees

EVAPCO, INC., Third-Party Defendant/Counterclaimant/
Crossclaimant-Appellee, v. ALAKAʻI MECHANICAL CORPORATION,
Defendant/Third-Party Plaintiff/Counterclaim Defendant-Appellee,
and TRANE U.S., INC. (incorrectly identified as TRANE CO.);
PURAL WATER SPECIALTY CO., INC.; FERGUSON ENTERPRISES, LLC
(incorrectly identified as FERGUSON PLC, dba FERGUSON
ENTERPRISES, INC., dba FERGUSON'S PLUMBING SUPPLY);
VALVE SERVICE & SUPPLY, INC.; NALCO COMPANY, LLC, dba
NALCO WATER, AN ECOLAB COMPANY,
Third-Party Defendants/Crossclaim Defendants-Appellees

HAWAIIAN WATER AND CHLORINATION, INC.,
Defendant/Crossclaimant-Appellee, v.
SOLOMON, CORDWELL, BUENZ & ASSOCIATES, INC.; BWA DESIGN, LLC, dba
BENJAMIN WOO ARCHITECTS; MAGNUSSON KLEMENCIC ASSOCIATES, INC.;
WSP USA BUILDINGS, INC., aka WSP FLACK + KURTZ;
NOTKIN HAWAII, INC.; WILSON OKAMOTO CORPORATION;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.,
Defendants/Crossclaim Defendants-Appellees, and
UPONOR, INC.; UPONOR NORTH AMERICA, INC.,
Defendants/Crossclaim Defendants-Appellants, and
FERGUSON ENTERPRISES, LLC (incorrectly identified as FERGUSON
PLC, dba FERGUSONS ENTERPRISES, INC., dba FERGUSON'S PLUMBING
SUPPLY), Defendants/Crossclaim Defendants-Appellees

NOTKIN HAWAII, INC., Defendant/Crossclaimant-Appellee, v.
WARD MANAGEMENT DEVELOPMENT COMPANY, LLC; ALAKAʻI MECHANICAL
CORPORATION; COMMERCIAL PLUMBING, INC.;
SOLOMON, CORDWELL, BUENZ & ASSOCIATES, INC.;
BWA DESIGN, LLC, dba BENJAMIN WOO ARCHITECTS,
Defendants/Crossclaim Defendants-Appellees, and
UPONOR, INC.; UPONOR NORTH AMERICA, INC.,
Defendants/Crossclaim Defendants-Appellants, and
ALBERT C. KOBAYASHI, INC.; WSP USA BUILDINGS, INC., aka
WSP FLACK + KURTZ; HAWAIIAN WATER AND CHLORINATION, INC.,
Defendants/Crossclaim Defendants-Appellees, and
TRANE U.S., INC. (incorrectly identified as TRANE CO.);
EVAPCO, INC.; PURAL WATER SPECIALTY CO., INC.;
FERGUSON ENTERPRISES, LLC (incorrectly identified as FERGUSON
PLC, dba FERGUSONS ENTERPRISES, INC., dba FERGUSON'S PLUMBING
SUPPLY, INC.); NALCO COMPANY, LLC, dba NALCO WATER,
AN ECOLAB COMPANY,
Third-Party Defendants/Crossclaim Defendants-Appellees


VALVE SERVICE & SUPPLY, INC.,
Third-Party Defendant/Counterclaimant/Crossclaimant-Appellee, v.
ALAKAʻI MECHANICAL CORPORATION,
Defendant/Third-Party Plaintiff/Counterclaim Defendant-Appellee,
and TRANE U.S., INC. (incorrectly identified as TRANE CO.);
EVAPCO, INC.; PURAL WATER SPECIALTY CO., INC.;
FERGUSON ENTERPRISES, LLC (incorrectly identified as FERGUSON
PLC, dba FERGUSONS ENTERPRISES, INC., dba FERGUSON'S PLUMBING
SUPPLY); NALCO COMPANY, LLC, dba NALCO WATER, AN ECOLAB COMPANY,
Third-Party Defendants/Crossclaim Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-21-0001134)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Nakasone and Guidry, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal (Stipulation), filed February 12, 2025, by Third-Party Defendant/ Crossclaimant-Appellant Uponor, Inc., the papers in support, and the record, it appears that (1) the filing fees have been paid and the appeal has not been docketed; (2) under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b), the parties stipulate to dismiss the appeal and bear their own costs; (3) the Stipulation is signed by all appearing parties; and (4) dismissal is

8

authorized by HRAP Rule 42(a), because the appeal had not been docketed.  Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.  The parties shall bear their own costs.

DATED:  Honolulu, Hawaiʻi, February 19, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge